# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

IN RE: **MILTON TORRES GONZALEZ**
SSN xxx-xx-1669

CASE NO: **22-03699-MAG**

Debtor(s)

**Chapter 13**

- AMENDED -

## TRUSTEE'S OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **PETER ANTHONY SANTIAGO GONZALEZ***

Total Agreed: **$4,000.00**    Paid Pre-Petition: **$367.00**    Outstanding (Through the Plan): **$3,633.00**

*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325

**Debtor's/s' Commitment Period:** ☐ Under Median Income 36 months   ☑ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.    Projected Disposable Income: **$0.00**

**Liquidation Value: $0.00    Estimated Priority Debt: $0.00**

**If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $0.00**

With respect to the (amended) Plan date: **Dec 22, 2022  (Dkt  2)**      **Plan Base: $22,500.00**

**The Trustee:**   ☐ **DOES NOT OBJECT**  ☑ **OBJECTS**  **Plan Confirmation**   **Gen. Uns. Approx. Dist.: 21 %**

**The Trustee objects to confirmation for the following reasons:**

**[1325(a)(1)] Failure to comply with her/his/their duties.[11 U.S.C.704(a)(4) and 1302(b)(1)]**

Debtor has failed to provide all the information needed for the Trustee to adequately comply with his duties (DSO claimant contact information, bank account information, employer postal address, etc.) This information is collected through an electronic form identified as "Debtor Certification." Debtors may access the Debtor's Certification Form in the Trustee's web site or through the following link: https://www.ch13-pr.com/debtors/debtor-certification .This form must be filled before confirmation of the plan.

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: April 04, 2023

/s/ Juliel Perez, Esq.

Last Docket Verified: 27    Last Claim Verified: 4    CMC: YC